IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   2:21-cr-00348-ECM-JTA |
| | ) | |
| GERALD LITTLE | ) | |

## **MOTION FOR DETENTION**

Comes now the United States of America, by and through Sandra J. Stewart, United States

Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. § 3142(e) and (f) moves

for detention of the above-captioned defendant.

1.    Eligibility of Cases

This case is eligible for a detention order because this case involves:

_____    10 + year crime of violence (18 U.S.C. § 3156)

_____    10 + year federal crime of terrorism (18 U.S.C. § 2332b(g)(5)(B))

_____    Maximum sentence of life imprisonment or death

_____    10 + year drug offense

_____    Felony, with at least two prior convictions in the above categories

_____    Felony involving a minor victim

__X___    Felony involving possession or use of a firearm or other destructive device

            (as defined by 18 U.S.C. § 921) or any other dangerous weapon

_____    Failure to register as a sex offender (18 U.S.C. § 2250)

__X___    Serious risk the defendant will flee

_____    Serious risk of obstruction of justice

2. **Reason for Detention**

The Court should detain defendant because there are no conditions of release which will reasonably assure:

    __X__          Defendant's appearance as required.

    __X__          Safety of any other person and the community

3. **Rebuttable Presumption**

The United States will invoke the rebuttable presumption against defendant under Section 3142(e).

    _____       Previous conviction for "eligible" offense committed while on pretrial bond, and a period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described

    _____       Probable cause to believe defendant committed 10 + year drug offense or probable cause to believe that defendant committed a crime in which a firearm was used or carried under Section 924(c)

    _____       Probable cause to believe defendant conspired to kill, kidnap, maim, or injure persons in a foreign country as prohibited under 18 U.S.C. § 956(a)

    _____       Probable cause to believe defendant committed act of terrorism transcending national boundaries (18 U.S.C. § 2332) or a 10 + year federal crime of terrorism as defined in 18 U.S.C. § 2332b(g)(5)(B)

    _____       Probable cause to believe defendant committed 10 + year offense involving a minor victim

4. **Time for Detention Hearing**

The United States requests the Court conduct the detention hearing:

    _____       At the initial appearance

    __X__          After continuance of __3__ days

The government also requests leave of court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this the 6th day of May, 2022.

SANDRA J. STEWART
UNITED STATES ATTORNEY

***/s/Stephen K. Moulton***
Stephen K. Moulton
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: Stephen.moulton@usdoj.gov